828

No. 80–1998.   SHERRARD ET UX. *v.* OWENS, JUDGE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–1999.   162.20 ACRES OF LAND ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80–2000.   BULLARD INDEPENDENT SCHOOL DISTRICT ET AL. *v.* BROWN.   C. A. 5th Cir.   Certiorari denied.

No. 80–2002.   NIXON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–2004.   290 MADISON CORP. ET AL. *v.* CAPONE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–2006.   TURBYFILL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–2007.   SURETY MANAGERS, INC. *v.* STANFORD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–2008.   GOLDSTEIN, COMPTROLLER OF THE TREASURY OF MARYLAND, ET AL. *v.* REGAN, SECRETARY OF THE TREASURY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 80–2009.   PARKER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 80–2011.   BUBLICH *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 80–2012.   BOWLING *v.* BOWLING.   Ct. Civ. App. Tex., 8th Sup. Jud. Dist.   Certiorari denied.